# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOHN DOE,**

        **Petitioner,**

    **v.**

**J.L. JAMISON,** *et al.***,**

        **Respondents.**

**CIVIL ACTION NO.  26-1906**

## ORDER

**AND NOW,** this 8th day of April 2026, upon consideration of the government's Certification of Compliance [Doc. No. 15], it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        **CYNTHIA M. RUFE, J.**